Lee v Microsoft Corp. (2024 NY Slip Op 06504)

Lee v Microsoft Corp.

2024 NY Slip Op 06504

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., MONTOUR, OGDEN, DELCONTE, AND HANNAH, JJ.

954 CA 24-00042

[*1]LETICIA LEE, PLAINTIFF-APPELLANT,
v
MICROSOFT CORPORATION, DEFENDANT-RESPONDENT. 

LETICIA LEE, PLAINTIFF-APPELLANT PRO SE.
ORRICK, HERRINGTON & SUTCLIFFE LLP, NEW YORK CITY (JOSE MARIO VALDES OF COUNSEL), FOR DEFENDANT-RESPONDENT.

 Appeal from an order of the Supreme Court, Monroe County (James A. Vazzana, J.), entered November 6, 2023. The order, among other things, granted the motion of defendant to compel arbitration and to stay the action and denied the cross-motion of plaintiff for a default judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court.
Entered: December 20, 2024
Ann Dillon Flynn
Clerk of the Court